IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN FLORENCE COMISH, | Case No.: 1:25-cv-07393 |
| Plaintiff, | **Judge Charles P. Kocoras** |
| v. | **Magistrate Judge Jeannice W. Appenteng** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 20, 2026 Minute Entry [102], Plaintiff, Susan Florence Comish ("Plaintiff"), and Defendant Nos. 55 Extraordinary Art Decorative Painting et al.[1] (collectively, the "Defendants"), submit this joint status report.

As the Parties previously reported, they have executed a settlement agreement, and Plaintiff is awaiting payment of the settlement amount. Although payment of the settlement amount was due June 20, 2026, the Parties have agreed to extend the payment deadline to July 5, 2026. The Parties have not filed a stipulation of dismissal because payment is not yet due and the settlement amount remains outstanding.

If Defendants remit the settlement amount on or before July 5, 2026, Plaintiff will promptly file a stipulation of dismissal. If Defendants fail to remit the settlement amount by that date, the

---

[1] "Defendants" include Defendant Nos. 55 Extraordinary Art Decorative Painting, 58 fei huan poster, 64 Riviera poster, 66 lumino poster, 69 Planet ART DECOR, 76 Romantic Wall Art, 79 rapiessss, 80 peacefulful, 82 SKYSSS, 86 Blooming means blooming, 87 BM Wall Art, 88 wonderful poster, 89 Fine great art, 90 Max Hawk, 92 LW ART, 93 DESSERTES, 94 Reviewesss, 103 HHW Art Painting, 117 Very beautiful poster, 119 ZZHONGYUAN, 120 Yangguan Poster, 125 SDLR Art Painting, 128 Luffy Wall Art, 129 MeetArt Poster, 130 Zhuzhu poster, 132 Nice Poster House, 140 Lin Zi Studio Art Poster, 142 Whale Wall Art, 144 Dragon Wall Art, 145 YANZI WALL ART, 146 Wonderful unique poster, 147 Colorful Vision poster, 148 NB poster, 149 Beautiful poster style, 150 The poster looks great, 151 This poster looks great, 159 Artify, 160 ye Art, 163 artful living vibes, and 164 Leaf wall decoration art.

Parties agree that Plaintiff will file an Agreed Motion for Entry of Consent Judgment on July 6, 2026, and Defendants consent to the Court's entry of the proposed Consent Judgment attached to that motion.

The Parties stand ready to proceed in either course and will keep the Court promptly apprised of payment and of any resulting filing.

DATED: June 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

*/s/ Jiyuan Zhang*
Jiyuan Zhang
J. Zhang and Associates, P.C.
37-12 Prince Street, Suite 9C
Flushing, NY 11354
Telephone: 718-701-5098
E-mail: contact@jzhanglaws.com

**ATTORNEY FOR PLAINTIFF**

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 17, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt