# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SUSAN FLORENCE COMISH, | Case No.: 1:25-cv-07393 |
| Plaintiff, | Judge Charles P. Kocoras |
| v. | Magistrate Judge Jeannice W. Appenteng |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's June 24, 2026 Minute Entry [104], Plaintiff, Susan Florence Comish ("Plaintiff"), respectfully submits this status report regarding Defendant Nos. 55 Extraordinary Art Decorative Painting et al.[1] (collectively, the "Defendants").

Plaintiff and Defendants executed a settlement agreement under which Defendants agreed to pay Plaintiff the settlement amount, with payment originally due June 20, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline. Plaintiff has repeatedly reported to the Court that she was awaiting payment and has accommodated Defendants, including by extending the payment deadline to July 5, 2026, as a courtesy. Defendants nonetheless failed to remit the settlement amount by June 20, 2026, and again failed to remit it by the extended July 5, 2026, deadline. The settlement amount remains unpaid.

---

[1] "Defendants" include Defendant Nos. 55 Extraordinary Art Decorative Painting, 58 fei huan poster, 64 Riviera poster, 66 lumino poster, 69 Planet ART DECOR, 76 Romantic Wall Art, 79 rapiessss, 80 peacefulful, 82 SKYSSS, 86 Blooming means blooming, 87 BM Wall Art, 88 wonderful poster, 89 Fine great art, 90 Max Hawk, 92 LW ART, 93 DESSERTES, 94 Reviewesss, 103 HHW Art Painting, 117 Very beautiful poster, 119 ZZHONGYUAN, 120 Yangguan Poster, 125 SDLR Art Painting, 128 Luffy Wall Art, 129 MeetArt Poster, 130 Zhuzhu poster, 132 Nice Poster House, 140 Lin Zi Studio Art Poster, 142 Whale Wall Art, 144 Dragon Wall Art, 145 YANZI WALL ART, 146 Wonderful unique poster, 147 Colorful Vision poster, 148 NB poster, 149 Beautiful poster style, 150 The poster looks great, 151 This poster looks great, 159 Artify, 160 ye Art, 163 artful living vibes, and 164 Leaf wall decoration art.

On July 6, 2026, Plaintiff sent multiple emails requesting a payment receipt or status and offered to meet and confer before proceeding. Defendants' counsel confirmed that he had received no proof of payment from his clients and did not respond to Plaintiff's meet-and-confer request. Accordingly, Plaintiff is filing concurrently with this report a Motion for Entry of Consent Judgment. Under Paragraph 5 of the settlement agreement, Defendants' failure to pay entitles Plaintiff to file that motion for the full settlement amount, plus the reasonable attorneys' fees and costs incurred in entering and enforcing the judgment, and Defendants agreed to entry of the proposed Consent Judgment when they executed the settlement agreement.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment submitted with the concurrently filed motion and will keep the Court promptly apprised of any further developments.

DATED: July 6, 2026          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 6, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

/s/ Keith A. Vogt
Keith A. Vogt