**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUSAN FLORENCE COMISH, | Case No.: 1:25-cv-07393 |
| Plaintiff, | Judge Charles P. Kocoras |
| v. | Magistrate Judge Jeannice W. Appenteng |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Susan Florence Comish ("Plaintiff"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment against Defendant Nos. 55 Extraordinary Art Decorative Painting et al.[1] (collectively, the "Defendants"), attached hereto as **Exhibit A**. In support, Plaintiff states as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff thirty thousand dollars ($30,000) (the "Settlement Amount") and to remit the Settlement Amount by June 20, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline. Even so, Plaintiff extended the payment deadline to July 5, 2026, as a courtesy.

---

[1]"Defendants" include Defendant Nos. 55 Extraordinary Art Decorative Painting, 58 fei huan poster, 64 Riviera poster, 66 lumino poster, 69 Planet ART DECOR, 76 Romantic Wall Art, 79 rapiessss, 80 peacefulful, 82 SKYSSS, 86 Blooming means blooming, 87 BM Wall Art, 88 wonderful poster, 89 Fine great art, 90 Max Hawk, 92 LW ART, 93 DESSERTES, 94 Reviewesss, 103 HHW Art Painting, 117 Very beautiful poster, 119 ZZHONGYUAN, 120 Yangguan Poster, 125 SDLR Art Painting, 128 Luffy Wall Art, 129 MeetArt Poster, 130 Zhuzhu poster, 132 Nice Poster House, 140 Lin Zi Studio Art Poster, 142 Whale Wall Art, 144 Dragon Wall Art, 145 YANZI WALL ART, 146 Wonderful unique poster, 147 Colorful Vision poster, 148 NB poster, 149 Beautiful poster style, 150 The poster looks great, 151 This poster looks dreat, 159 Artify, 160 ye Art, 163 artful living vibes, and 164 Leaf wall decoration art.

Defendants did not remit the Settlement Amount by the June 20, 2026, deadline. Defendants also failed to remit the Settlement Amount by the extended July 5, 2026, deadline, and the Settlement Amount remains entirely unpaid. Under Paragraph 5 of the settlement agreement, that failure entitles Plaintiff to file this motion for entry of the proposed Consent Judgment. Consistent with the Parties' agreement, and with Defendants' consent, Plaintiff moves for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in entering and enforcing the judgment. Defendants consented to the entry of the proposed Consent Judgment when they executed the settlement agreement.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: July 6, 2026                  Respectfully submitted,

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt
                                            FL Bar No. 1036084/IL Bar No. 6207971
                                            Keith A. Vogt PLLC
                                            1820 NE 163rd Street, Suite #306
                                            North Miami Beach, Florida 33162
                                            Telephone: 312-971-6752
                                            E-mail: keith@vogtip.com

                                            ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 6, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt