# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUSAN FLORENCE COMISH,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-07393

**Judge Charles P. Kocoras**

**Magistrate Judge Jeannice W. Appenteng**

**CONSENT JUDGMENT**

    This action having been commenced by Plaintiff SUSAN FLORENCE COMISH ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 55 | Extraordinary Art Decorative Painting | 634418219231368 |
| 58 | fei huan poster | 634418219418924 |
| 64 | Riviera poster | 634418220150515 |
| 66 | lumino poster | 634418220149491 |
| 69 | Planet ART DECOR | 634418216119709 |
| 76 | Romantic Wall Art | 634418218218894 |
| 79 | rapiessss | 634418217777555 |
| 80 | peacefulful | 634418217778416 |
| 82 | SKYSSS | 634418218724287 |
| 86 | Blooming means blooming | 634418217946560 |
| 87 | BM Wall Art | 634418218218774 |
| 88 | wonderful poster | 634418216375121 |
| 89 | Fine great art | 634418217550962 |
| 90 | Max Hawk | 634418218615546 |
| 92 | LW ART | 634418218776942 |

| 93 | DESSERTES | 634418218262011 |
|---|---|---|
| 94 | Reviewesss | 634418217756454 |
| 103 | HHW Art Painting | 634418219461385 |
| 117 | Very beautiful poster | 634418219037002 |
| 119 | ZZHONGYUAN | 634418217395356 |
| 120 | Yangguan Poster | 634418219649523 |
| 125 | SDLR Art Painting | 634418219504324 |
| 128 | Luffy Wall Art | 634418219115921 |
| 129 | MeetArt Poster | 634418218971435 |
| 130 | Zhuzhu poster | 634418216687398 |
| 132 | Nice Poster House | 634418218578997 |
| 140 | Lin Zi Studio Art Poster | 634418218097805 |
| 142 | Whale Wall Art | 634418218564798 |
| 144 | Dragon Wall Art | 634418217847494 |
| 145 | YANZI WALL ART | 634418216890873 |
| 146 | Wonderful unique poster | 634418219316678 |
| 147 | Colorful Vision poster | 634418219169831 |
| 148 | NB poster | 634418218649153 |
| 149 | Beautiful poster style | 634418219042152 |
| 150 | The poster looks great | 634418218733277 |
| 151 | This poster looks great | 634418218732626 |
| 159 | Artify | 634418215494773 |
| 160 | ye Art | 634418219315679 |
| 163 | artful living vibes | 634418216623902 |
| 164 | Leaf wall decoration art | 634418219719124 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois,

2

accepting payment in U.S. dollars, and using unauthorized copies of the SUSAN FLORENCE COMISH Works listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

    a.  reproducing, distributing copies of, making derivative works of, or publicly displaying the SUSAN FLORENCE COMISH Works in any manner without the express authorization of Plaintiff;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine SUSAN FLORENCE COMISH product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SUSAN FLORENCE COMISH Works;

    c.  committing any acts calculated to cause consumers to believe that Defendant's Infringing SUSAN FLORENCE COMISH Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.  further infringing the SUSAN FLORENCE COMISH Works and damaging Plaintiff's goodwill; and

    e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

3

inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the SUSAN FLORENCE COMISH Works.

2.  Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff thirty thousand dollars ($30,000) in damages (the "Damage Amount").

3.  Temu LLC ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4.  The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: _____, 2026

_____
Charles P. Kocoras
United States District Judge

4