**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN FLORENCE COMISH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-07393<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeannice W. Appenteng |

**STATUS REPORT**

Pursuant to the Court's Minute Entry [110], Plaintiff, Susan Florence Comish ("Plaintiff"), respectfully submits this status report.

On July 8, 2026, the Court granted Plaintiff's Motion for Entry of Consent Judgment [106] and entered the Consent Judgment against Defendant Nos. 55 Extraordinary Art Decorative Painting et al.[1] [108, 109]. Those defendants were the last remaining defendants in this case; every other defendant had already been dismissed or resolved by judgment. With the Consent Judgment entered, all claims against all defendants have been adjudicated, and no defendants remain.

Because no claims and no parties remain before the Court, this action can be terminated and closed.

[1] "Defendants" include Defendant Nos. 55 Extraordinary Art Decorative Painting, 58 fei huan poster, 64 Riviera poster, 66 lumino poster, 69 Planet ART DECOR, 76 Romantic Wall Art, 79 rapiessss, 80 peacefulful, 82 SKYSSS, 86 Blooming means blooming, 87 BM Wall Art, 88 wonderful poster, 89 Fine great art, 90 Max Hawk, 92 LW ART, 93 DESSERTES, 94 Reviewesss, 103 HHW Art Painting, 117 Very beautiful poster, 119 ZZHONGYUAN, 120 Yangguan Poster, 125 SDLR Art Painting, 128 Luffy Wall Art, 129 MeetArt Poster, 130 Zhuzhu poster, 132 Nice Poster House, 140 Lin Zi Studio Art Poster, 142 Whale Wall Art, 144 Dragon Wall Art, 145 YANZI WALL ART, 146 Wonderful unique poster, 147 Colorful Vision poster, 148 NB poster, 149 Beautiful poster style, 150 The poster looks great, 151 This poster looks great, 159 Artify, 160 ye Art, 163 artful living vibes, and 164 Leaf wall decoration art.

DATED: August 21, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 21, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt