**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUSAN FLORENCE COMISH,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-07393

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, September 15, 2026, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear before the Honorable Charles P. Kocoras of the United States District Court for the Northern District of Illinois, Eastern Division, and present Plaintiff's Motion for Entry of Corrected Consent Judgment against Defendant Nos. 55 Extraordinary Art Decorative Painting et al. [1] (collectively, the "Defendants").

DATED: September 4, 2026

Respectfully submitted,
*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

[1] "Defendants" include Defendant Nos. 55 Extraordinary Art Decorative Painting, 58 fei huan poster, 64 Riviera poster, 66 lumino poster, 69 Planet ART DECOR, 76 Romantic Wall Art, 79 rapiessss, 80 peacefulful, 82 SKYSSS, 86 Blooming means blooming, 87 BM Wall Art, 88 wonderful poster, 89 Fine great art, 90 Max Hawk, 92 LW ART, 93 DESSERTES, 94 Reviewesss, 103 HHW Art Painting, 117 Very beautiful poster, 119 ZZHONGYUAN, 120 Yangguan Poster, 125 SDLR Art Painting, 128 Luffy Wall Art, 129 MeetArt Poster, 130 Zhuzhu poster, 132 Nice Poster House, 140 Lin Zi Studio Art Poster, 142 Whale Wall Art, 144 Dragon Wall Art, 145 YANZI WALL ART, 146 Wonderful unique poster, 147 Colorful Vision poster, 148 NB poster, 149 Beautiful poster style, 150 The poster looks great, 151 This poster looks great, 159 Artify, 160 ye Art, 163 artful living vibes, and 164 Leaf wall decoration art.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 6, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt